UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID VENTURA,

Plaintiff

v.

RENOWN HOSPITAL, *et al.*,

Defendants

Case No. 3:18-cv-00535-MMD-WGC

ORDER

**I.　DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed a notice of intent to file complaint and an emergency request. (ECF Nos. 1-1, 1-2.) Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff thirty days from the date of this order to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the

document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that within thirty days from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

It is further ordered that Plaintiff submit a complaint to this Court within thirty days from the date of this order.

It is further ordered that the Clerk of the Court send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court is also instructed to send Plaintiff copies of his notice of intent to file complaint and emergency request. (ECF Nos. 1-1, 1-2.)

It is further ordered that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 9th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE